NON NEGOTIABLE
# UNITED STATES DISTRICT COURT
for the
DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>Vs.<br><br>Chester-Evans: Davis<br>**Defendant** | ) FILED19MAR'12 15:40USDC-ORP<br>)<br>)<br>)<br>)<br>)<br>) Criminal Action No.**3:12-cr-00109-SI-1**<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF Chester-Evans: Davis, CREATION OF ALMIGHTY GOD, GENESIS CHAPTER 1 OF KING JAMES BIBLE**
Equality under the law is paramount and mandatory by the law.

EXHIBIT A
PAGE 1

**I, Chester-Evans: Davis, Declare under Penalty of Perjury:**

**1. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308). Performance or Acceptance Under Reservation of Rights. (a) A **party** that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice," "under protest," or the like are sufficient.

**2. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308) as my principal of law, Commercial Code 1-103, (**Construction of Uniform Commercial Code to Promote its Purposes and Policies: Applicability of Supplemental Principals of Law**) states (a) The Uniform Commercial Code must be liberally construed and applied to promote its underlying purposes and policies, which are: (1) to simplify, clarify, and modernize the law governing commercial transactions; (2) to permit the continued expansion of commercial practices through custom,

usage, and agreement of the parties; and (3) to make uniform the law among the various jurisdictions. (b) Unless displaced by the particular provisions of the Uniform Commercial Code, the principals of law and equity, including the law merchant and the law relative to capacity to contract, principal, and agent, estoppels, fraud, misrepresentation, duress, coercion, mistake, bankruptcy, and other validating or invalidating cause supplement to its provisions.

**3. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308), (UCC 1-103) and assert my principals of law to be construed in harmony with the Common Law, Constitution for the United States of America, Bill of Rights and Declaration of Independence.

**4. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308) and I assert the Declaration of Independence, unanimous Declaration of the thirteen united States of America, IN CONGRESS, July 4, 1776: We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed...

**5. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308) and I assert The Gettysburg Address, November 19, 1863 that I am, "Of the People, By the People, For the People..." and "We the People..." (Preamble, the Constitution for the United States of America)

**6. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308) and I assert 6(a)-6(i), The Constitution for the United States of America:
**6(a)** Amendment 1 - Freedom of Religion, Press, Expression. Ratified 12/15/1791. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.
**6(b)** Article 1 - Section 8 - Powers of Congress, clause 17- To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square).
**6(c)** Amendment 5 - No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.
**6(d)** Amendment 6 - In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to

EXHIBIT A
PAGE 2

have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

**6(e)** Amendment 7 - In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

**6(f)** Amendment 8 - Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**6(g)** Amendment 10 - The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**6(h)** Article 4 - Section 4 - The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

**6(i)** Article 1 - Section 10 - No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress. No State shall, without the Consent of Congress, lay any duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

**7. I DECLARE**, I am an Oregonian, Oregon State Citizen, Continental United States of America, the several states, and (without <u>this</u> state Washington, DC and Territories).

**8. I DECLARE**, all my rights without prejudice **Public Policy:** (UCC1-308), (ORS. 71-3080), and I assert 8a-8g, The Oregon Constitution:

**8a)** Article 1 - Section 1. Natural rights inherent in people. We declare that all men, when they form a social compact are equal in right: that all power is inherent in the people, and all free governments are founded on their authority, and instituted for their peace, safety, and happiness; and they have at all times a right to alter, reform, or abolish the government in such manner as they may think proper.

**8b)** Article 1 - Section 2. Freedom of worship. All men shall be secure in the Natural right, to worship Almighty God according to the dictates of their own consciences.

**8c)** Article 1 - Section 3. Freedom of religious opinion. No law shall in any case whatever control the free exercise, and enjoyment of religious [sic] opinions, or interfere with the rights of conscience.

EXHIBIT A PAGE 3

**8d)** Article 1 - Section 9. Unreasonable searches or seizures. No law shall violate the right of the people to be secure in their persons, houses, papers, and effects, against unreasonable search, or seizure; and no warrant shall issue but upon probable cause, supported by oath, or affirmation, and particularly describing the place to be searched, and the person or thing to be seized.

**8e)** Article 1 - Section 20. Equality of privileges and immunities of citizens. No law shall be passed granting to any citizen or class of citizens privileges, or immunities, which, upon the same terms, shall not equally belong to all citizens.

**8f)** Article 1 - Section 22. Suspension of operation of laws. The operation of the laws shall never be suspended, except by the Authority of the Legislative Assembly.

**8g)** Article 1 - Section 34. Slavery or involuntary servitude. There shall be neither slavery, nor involuntary servitude in the State, otherwise than as a punishment for crime, whereof the party shall have been duly convicted.– [Added to Bill of Rights as unnumbered section by vote of the people at time of adoption of the Oregon Constitution in accordance with section 4 of Article XVIII thereof]

**9.** I **DECLARE**, I am a tribunal of mind, body, and spirit created by Almighty God, Christ Jesus and covered with the Blood of the Lamb, I assert 9a-9d.

**9a)** King James Bible, Book of Genesis Chapter 1 verse 26 - And God said, Let us make man in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth.

**9b)** New American Standard Bible (NASB) Jeremiah 29:11 - For I know the plans that I have for you,' declares the LORD, 'plans for welfare and not for calamity to give you a future and a hope.

**9c)** American Standard Version (ASV) 2 Corinthians 5:17 - Wherefore if any man is in Christ, he is a new creature: the old things are passed away; behold, they are become new.

**9d)** I **declare** all my rights without prejudice **Public Policy:** (UCC1-308) and I assert the Constitution for the United States of America and that its Signers refer to the Almighty God: Done in convention by the unanimous consent of the states present the seventeenth day of September in the year of our **Lord** one thousand seven hundred and eighty seven and of the independence of the United States of America the twelfth.

In witness whereof We have hereunto subscribed our Names,

G. Washington-Presidt. and deputy from Virginia
New Hampshire: John Langdon, Nicholas Gilman
Massachusetts: Nathaniel Gorham, Rufus King
Connecticut: Wm: Saml. Johnson, Roger Sherman
New York: Alexander Hamilton
New Jersey: Wil: Livingston, David Brearly, Wm. Paterson, Jona: Dayton
Pennsylvania: B. Franklin, Thomas Mifflin, Robt. Morris, Geo. Clymer, Thos. FitzSimons, Jared Ingersoll, James Wilson, Gouv Morris
Delaware: Geo: Read, Gunning Bedford jun, John Dickinson, Richard Bassett, Jaco: Broom

EXHIBIT A
PAGE 4

Maryland: James McHenry, Dan of St Thos. Jenifer, Danl Carroll
Virginia: John Blair--, James Madison Jr.
North Carolina: Wm. Blount, Richd. Dobbs Spaight, Hu Williamson
South Carolina: J. Rutledge, Charles Cotesworth Pinckney, Charles Pinckney, Pierce Butler
Georgia: William Few, Abr Baldwin

**10. I DECLARE,** all my rights without prejudice **Public Policy:** (UCC1-308) that I am a poor pauper.

I hereby declare that the above statements are true under penalty of perjury and to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

EXHIBIT A
PAGE 5

March 18, 2012

All Rights Reserved Without Prejudice **Public Policy:** UCC1-308
By: *Chester-Evans: Davis by Tracey-Jean: Davis POA*
Chester-Evans: Davis, Creation of Almighty God
Non-Domestic, Foreign Mail near:
c/o 16545 S Archer Dr
Oregon City
Oregon

_____
Witness 1

_____
Witness 2