Name: Chester E Davis
Address: PO Box 2176
Clackamas, OR 97015
Phone: 503-650-8468

FILED 22 MAR '12 10:01 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

Chester Evans Davis

          Plaintiff(s),          Civil Case No: 3:12-cr-00109-SI-1

vs.

United States of America

          Defendant(s).

Notary Certificate of Services

Dated: March 22, 2013

## NOTARY'S CERTIFICATE OF SERVICES

The services in this matter are done in behalf of Chester-Evans: Davis, American Citizen.

It is hereby certified that on the date noted below that the undersigned Notary Public Mailed to:

**Internal Revenue Service**
**1660 OAK STREET SE, STE 300**
**MS: 0790 – SAL**
**SALEM, OR  97301-6454**

Hereinafter, "Recipient", the document and sundry papers which include the following:

1. SS Municipal WARRANT – for settlement and closure of the account.
2. IRS Letter #3174 Dated 03/16/2012

By certified mail no.: 7009 2250 0002 1247 9455, Return Receipt attached by placing the same in postpaid envelope, properly addressed to Recipient at the said address and depositing the same at an official depository under the exclusive face and custody of the U.S. Postal Service.

_Gail A. Sams_                                                    3/20/12
Notary Public                                                     Date

My commission expires:  10/20/15




OFFICIAL SEAL
GAIL A SAMS
NOTARY PUBLIC-OREGON
COMMISSION NO. 461627
MY COMMISSION EXPIRES OCTOBER 20, 2015